IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID K. MANSON,

    Plaintiff,

v.                                                                                          4:24cv219–WS/MJF

OFFICE OF THE ATTORNEY
GENERAL, STATE OF FLORIDA,
et al.,

    Defendants.

---

### ORDER ADOPTING THE MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 6) docketed August 8, 2024. The magistrate judge recommends that this case be dismissed for failure to state a claim upon which relief may be granted. Plaintiff has filed objections (ECF No. 7) to the report and recommendation and has asked the court to hold this action in abeyance.

Having reviewed the record in light of Plaintiff's objections, the undersigned finds—as did the magistrate judge—that Plaintiff's claims are due to be dismissed

pursuant to 28 U.S.C. § 1915A(b) for failure to state a claim upon which relief may be granted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 6) is ADOPTED and incorporated by reference into this order.

2. Plaintiff's request (ECF No. 7) for abeyance of the action is DENIED.

3. Plaintiff's complaint and this action are hereby DISMISSED pursuant to 28 U.S.C. § 1915A(b) for failure to state a claim.

4. The clerk shall enter judgment stating: "All claims are dismissed."

5. The clerk shall close the case.

DONE AND ORDERED this __16th__ day of __August__, 2024.


        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE